## CAMPANELLI & ASSOCIATES, P.C.
ATTORNEYS AND COUNSELORS AT LAW

www.campanellipc.com

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516)746-1600
Facsimile (516) 746-2611

Andrew J. Campanelli
*Member of NY Bar*

Jean M. Smyth
Philip A. Salmon

*COUNSEL*

George B. McPhillips
*1930-1994*

February 27, 2026

*Via ECF*
Hon. Denise Cote, USDJ
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

*denied.*
*Denise Cote*
*2/27/26*

> Re:    Naeem v. City of New York, et al.
>        Docket # 25-cv-2874

Dear Judge Cote:

My Firm represents the Plaintiffs in the above-referenced matter. Plaintiffs write to respectfully request a ninety (90) day extension of time to restore the action to the Court's calendar from March 2, 2026 until June 3, 2026. Defendants take no position on this request. This is the first request for relief of this kind.

As the Court is aware, the case has been settled and settlement agreements have been fully executed. The agreements have been sent to the city comptroller's office for processing. The processing and disbursement of checks may take up to ninety days. This is the basis for the ninety-day extension request, to protect the Plaintiffs' rights in this action.

Accordingly, Plaintiffs respectfully request a ninety (90) day extension of time to restore the action to the Court's calendar from March 2, 2026 until June 3, 2026.

I thank the court for its consideration of this request.

Respectfully submitted,

/s/ *Philip A. Salmon*
Philip A. Salmon

cc:    All parties via ECF